# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAYSHAUN M. NEAL                                                                                    PLAINTIFF

v.                                    NO. 4:18CV00724 JLH

D & S CHICKEN CORPORATION                                                                DEFENDANT

## ORDER

Plaintiff's motion to non-suit is GRANTED. Document #32. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

IT IS SO ORDERED this 3rd day of October, 2018.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE